IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY RADFORD**                                                                                    **PLAINTIFF**
*ADC #089900*

V.                            CASE NO. 2:24-cv-00051-BSM

**SCOTT TAYLOR,** *et al*.                                                                         **DEFENDANTS**

**ORDER**

Having reviewed the record carefully, Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 4] is adopted. Tommy Radford's Eighth Amendment inadequate-medical-care claims against Sergeant Edmund, Lieutenant Kelly and Major Taylor in their individual capacities are dismissed without prejudice. Radford's conditions-of-confinement claim against Sergeant Jackson is dismissed, along with all official capacity claims against all defendants.

Radford will be allowed to proceed with his First Amendment retaliation claim against Kelly and Edmond in their individual capacities. His Eighth Amendment inadequate-medical-care claim against Jackson will proceed as well. Finally, Radford will also be allowed to proceed on his Eighth Amendment conditions-of-confinement claim against Kelly, Edmund and Taylor in their individual capacities.

IT IS SO ORDERED this 18th day of February, 2025.

UNITED STATES DISTRICT JUDGE