**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TOMMY RADFORD** **PLAINTIFF**

**v.** **CASE NO. 2:24-CV-00051-BSM-BBM**

**SCOTT TAYLOR, *et al.*** **DEFENDANTS**

**ORDER**

Magistrate Judge Benecia B. Moore's partial recommended disposition [Doc. No. 58] is adopted, and the partial motion for summary judgment of separate defendants Scott Taylor, Brittany Edmond, and Jakari Jackson [Doc. No. 54] is granted. Tommy Radford's claims against Edmond are dismissed, and the clerk is directed to terminate Edmond from the case.

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE